```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA

GENERAL COLLECTION, CO.,      )
                              )
          Plaintiff,          )        4:07CV3178
                              )
     v.                       )
                              )
JOEL MEYER,                   )        SHOW CAUSE ORDER
                              )
          Defendant.          )
                              )
```

IT IS ORDERED:

Plaintiff's counsel shall confer with defendant's counsel and file a <u>joint</u> report within 10 days or show cause why the case should not be dismissed or other sanctions imposed.

DATED this 18th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge