```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA

GENERAL COLLECTION CO.,        )
                               )
              Plaintiff,       )        4:07CV3178
                               )
      v.                       )
                               )        **AMENDED**
JOEL MEYER,                    )          ORDER
                               )
              Defendant.       )
                               )
```

Plaintiff has responded by letter to the Order to Show Cause, **filing 5.**

IT THEREFORE HEREBY IS ORDERED,

1. The letter request for extension of deadline is granted, and the deadline for filing the parties' Rule 26 planning conference report is extended to October 19, 2007.

2. The Order to Show Cause, **filing 5**, is withdrawn.

DATED this 20th day of September, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge