```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA

GENERAL COLLECTION, Co.,      )
                              )
            Plaintiff,        )           4:07CV3178
                              )
       v.                     )
                              )
JOEL MEYER,                   )             ORDER
                              )
            Defendant.        )
                              )
```

IT IS ORDERED:

Counsel are given to November 30, 2007 to file their Rule 26 planning conference report.

DATED this 6th day of November, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge