IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GENERAL COLLECTION, Co., | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CV3178 |
| | ) | |
| v. | ) | |
| | ) | |
| JOEL MEYER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

    This matter is before the court *sua sponte*. On November 6, 2007, the court gave the parties additional time to meet and confer pursuant to Fed. R. Civ. P. 26(f) and to file a written report of their meeting. No such report has been received by the court.

    Accordingly,

    IT IS ORDERED, the parties shall **jointly** report to the court in accordance with Fed. R. Civ. P. 26(f) on or before January 30, 2008, or show cause why sanctions should not be imposed upon them in accordance with Fed. R. Civ. P. 16(f) and 37(g).

    DATED January 16, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge